IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Richard Nelson Cooper**                                                      **Plaintiff**

**Cause No. 3: 12-CV-318-JTK**

**Carolyn W. Colvin, Acting Commissioner,**                    **Defendant**
**Social Security Administration**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 9th day of December, 2013.

_____
United States Magistrate Judge